## TOTAL AIRCRAFT, LLC v. CARLA NASCIMENTO ET AL.

The petition by the defendant Carlos doNascimento for certification for appeal from the Appellate Court, 93 Conn. App. 576 (AC 26164), is denied.

*Michael A. Georgetti*, in support of the petition.

*Richard B. Polivy*, in opposition.

Decided March 23, 2006

## STATE OF CONNECTICUT v. ERIC KELSEY

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 408 (AC 26346), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Avery S. Chapman*, special public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided March 23, 2006

## MCCANN REAL EQUITIES SERIES XXII, LLC, ET AL. v. DAVID MCDERMOTT CHEVROLET, INC., ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 93 Conn. App. 486 (AC 26347), is denied.

*Kenneth A. Votre*, in support of the petition.

*David L. Weiss*, in opposition.

Decided March 23, 2006